**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JEREMY ROUSH, Administrator Estate of CHERYL ROUSH, Deceased,** | ) | **Case No. 4:25-cv-01515** |
| | ) | |
| | ) | **JUDGE BENITA Y. PEARSON** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **NORFOLK SOUTHERN RAILWAY COMPANY,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**NOTICE OF PENDING SETTLEMENT**

The parties hereby give notice to the Court that this matter has been settled,

subject to approval by the Probate Court. Upon entry of the Probate Court's approval,

the parties will file a dismissal of this action with prejudice.

**MAKRIDIS LAW FIRM LLC**

/s/ Irene K. Makridis
Irene K. Makridis, Esq. (0016760)
Theo Kafantaris, Esq. (0081688)
Dimitrios N. Makridis, Esq. (0089131)
183 W. Market Street, Suite 200
Warren, OH 44481
Fax: 330-394-3070
Email:  office@makridislaw.com

*Attorneys for Plaintiff, Jeremy Roush,*
*Administrator Estate of Cheryl Roush, Deceased*

**DICKIE, McCAMEY & CHILCOTE, P.C.**

/s/ Scott D. Clements
J Lawson Johnston, Esq.
Scott D. Clements, Esq. (0096529)
Four Gateway Center
444 Liberty Avenue, Suite 1000
Pittsburgh, PA  15222
(412) 281-7272
Fax:  888-811-7144
ljohnston@dmclaw.com
sclements@dmclaw.com

Forrest A. Norman, Esq. (0059389)
Fifth Third Center
600 Superior Avenue East, Suite 2330
Cleveland, OH 44114
Phone: (216) 685-1827
Fax: (888) 811-7144
Email: fnorman@dmclaw.com

*Attorneys for Defendant,*
*Norfolk Southern Railway Company*